# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1122
LT Case Nos. 2023-CA-000184
2016-CA-000657

_____

RYAN TIMOTHY BOYLAN-SOUTH,

    Appellant,

    v.

JOHN F. TOLSON,

    Appellee.

_____

Nonfinal appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

David Lee Ham, Jr., of The Law Offices of David Lee Ham, Jr., P.A., Jacksonville, for Appellant.

Robert Aguilar, of Aguilar & Sieron, P.A., Green Cove Springs, for Appellee.

January 23, 2024

PER CURIAM.

    AFFIRMED.

BOATWRIGHT, KILBANE, and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————